JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER SERVIN, an individual,<br><br>    Plaintiff,<br><br>    vs.<br><br>WELLS FARGO BANK, N.A., a corporation; and DOES 1-25, inclusive,<br><br>    Defendants. | CASE NO. 2:24-cv-01851-AB-(JPRx)<br><br>[~~PROPOSED~~] **ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE**<br><br>Complaint Filed:   February 8, 2024 |

598869

1

[~~PROPOSED~~] ORDER ON JOINT STIPULATION OF DISMISSAL

## ORDER OF DISMISSAL

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(ii), IT IS ORDERED THAT THIS ACTION BE, AND HEREBY IS, DISMISSED WITH PREJUDICE as to all claims, causes of action, and parties.

**IT IS SO ORDERED.**

Date: February 18, 2025

_____
HONORABLE ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT COURT